UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DARRIN CHRISTY | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-0874 |
| | ) | Judge Campbell/Knowles |
| HERITAGE BANK | ) | |

### O R D E R

The Initial Case Management Conference in this action is hereby scheduled for Thursday, December 16, 2010, at 11:00 a.m. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge