UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DARRIN CHRISTY** | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10-0874 |
| | ) | Judge Sharp/Knowles |
| **HERITAGE BANK** | ) | |

**O R D E R**

A Case Management Conference in this action is set for **August 30, 2011, at 10:30 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge