UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DARRIN CHRISTY** | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0874 |
| | ) Judge Sharp/Knowles |
| **HERITAGE BANK** | ) |

### O R D E R

The Case Management Conference scheduled for Tuesday, August 30, 2011, at 10:30 a.m., is CANCELLED, to be reset by separate Order if necessary.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge