UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DARRIN CHRISTY, individually and on behalf of all others similarly situated | ) ) ) ) | |
| v. | ) ) | NO. 3:10-0874 JUDGE SHARP |
| HERITAGE BANK | ) | |

### ORDER

The jury trial set for February 5, 2013 and final pretrial conference set for January 7, 2013 are hereby CONTINUED to be reset after the Court issues a ruling on the pending Plaintiff's Motion to Class Certification (Docket No. 38).

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE