UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRIN CHRISTY, individually ) | |
| and on behalf of all others ) | |
| similarly situated ) | |
| ) | |
| v. ) | NO. 3:10-0874 |
| ) | JUDGE SHARP |
| HERITAGE BANK ) | |

## ORDER

The jury trial set for February 5, 2013 and final pretrial conference set for January 7, 2013 are hereby CONTINUED to be reset after the Court issues a ruling on the pending Plaintiff's Motion to Class Certification (Docket No. 38).

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE