UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRIN CHRISTY, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:10-cv-0874 ) ) Judge Sharp |
| HERITAGE BANK, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court GRANTS Plaintiff Darrin Christy's motion for class certification. (Docket No. 38).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE